JSP:pas

# United States District Court

STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
V.
KEVIN JOSEPH FENNER
ERIC DION DAVIS
ERIC ROBERT HARGROVE

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 06-MJ-218 (AJB)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about _May 2006 through on or about June 23, 2006_ in _Ramsey_ County, in the _State and_ District of _Minnesota_ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally conspire with each other to distribute fentanyl and more than 50 grams of cocaine base (crack cocaine), both controlled substances,

in violation of Title _21_ United States Code, Section(s) _846 and 841(b)(1)(A)_.

I further state that I am a(n) _DEA Special Agent_ and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Lora Zimmer
DEA

SCANNED
JUN 27 2006
U.S. DISTRICT COURT MPLS

Sworn to before me, and subscribed in my presence,

_6/26/06_ at Minneapolis, MN
Date                City and State

Jeanne J. Graham, U.S. Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

STATE OF MINNESOTA  )
                    )  ss.        AFFIDAVIT OF LORA ZIMMER
COUNTY OF HENNEPIN  )

Special Agent Lora Zimmer, being first duly sworn, states as follows:

1. I am a Special Agent with the Drug Enforcement Administration. I have been so employed for approximately 4 years. This affidavit is based on personal knowledge as well as information related to me by fellow officers.

2. Since February 2006, the Minneapolis office of the Drug Enforcement Administration has been investigating the drug trafficking activities of Kevin Joseph Fenner. Three separate confidential informants provided information that Fenner was involved in large-scale heroin and crack cocaine trafficking activity in the Twin Cities.

3. During the second week of May 2006, the DEA used a confidential informant to make a purchase of more than 50 grams of crack cocaine from Fenner at a location in St. Paul. The CI set up the transaction with Fenner by telephone. Fenner arrived at the meet location in his 2000 Landrover accompanied by Eric Dion Davis. Davis handed over the drugs to the CI. The CI gave Davis the money for the drugs. Davis then handed the money to Fenner.

4. During the week of June 19, 2006, a confidential informant made a second controlled purchase of drugs from Fenner. The CI set up the transaction with Fenner over the telephone. Fenner arrived at the location in his 2000 Landrover accompanied by

Eric Robert Hargrove. Fenner distributed more than 5 grams of fentanyl to the CI and received a quantity of government funds in exchange. Fentanyl is a controlled substance. It is a heroin substitute that is described as being 80 times more powerful than morphine. In recent months, there have been a number of overdose deaths in various Midwestern cities caused by heroin laced with fentanyl.

5. On Friday, June 23, 2006, a confidential informant contacted Eric Dion Davis and ordered 4 1/2 ounces of crack cocaine and some heroin from him. Davis agreed to supply the drugs. Surveillance officers observed Davis arrive at the agreed upon location in St. Paul at approximately 7:50 p.m. Davis was driving a vehicle with Eric Robert Hargrove as his passenger. Officers arrested the two suspects. Hargrove had approximately 4 1/2 ounces of crack cocaine hidden in his crotch area. Hargrove also had approximately 6 grams of suspected fentanyl in his crotch area. The suspected fentanyl was packaged identically to the fentanyl involved in the controlled buy referenced in paragraph 4.

6. Meanwhile, other surveillance officers followed Fenner from his residence located on Germain Avenue in St. Paul, Minnesota, to a location near Dale and Interstate 94, where Fenner's vehicle was stopped. Fenner had his 5-year-old child and his 14-year-old nephew in the car with him. Fenner was found to be in possession of approximately 80 grams of crack cocaine

(approximately 3 ounces), which he had hidden in his crotch area. This is a distribution quantity.

7. Officers then executed a federal search warrant at Fenner's residence located on Germain Avenue in St. Paul. Eric Robert Hargrove also resides with Fenner at this address. In a bedroom identified as belonging to Kevin Fenner, officers found a loaded Smith and Wesson revolver hidden under the mattress. They also found more than $2,000 in U.S. currency in a safe in that bedroom.

8. In a separate bedroom identified as belonging to Eric Robert Hargrove, officers found approximately 1 1/4 ounces of crack cocaine and approximately 1 1/2 ounces of suspected fentanyl. They also found approximately $1,500 in U.S. currency. These are all distribution quantities.

9. The suspected controlled substances referenced in this affidavit all have been chemically analyzed and have preliminarily tested positive to be crack cocaine or fentanyl as the case may be.

Further your affiant sayeth not.

*Lora Zimmer*
LORA ZIMMER, Special Agent
Drug Enforcement Administration

SUBSCRIBED and SWORN to before me
this 26 day of June, 2006.

Jeanne J. Graham
United States Magistrate Judge

3