# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Cr. File No. 06-211(MJD/AJB) |
| **Plaintiff,** | |
| v. | **ORDER** |
| **KEVIN JOSEPH FENNER (1), and** <br> **ERIC DION DAVIS (2),** | |
| **Defendants.** | |

_____

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Davis's Motion in Limine to Prevent the Government From Impeaching Defendant Davis on a Prior Conviction [Doc. No. 116] is **DENIED AS MOOT**.

Dated: January 12, 2007

                                            s/ Michael J. Davis
                                            Judge Michael J. Davis
                                            United States District Court