UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-211 (MJD/AJB)

---

United States of America,

        Plaintiff,

v.

  (1)  Kevin Joseph Fenner, and
  (2)  Eric Dion Davis,

        Defendants.

**ORDER GRANTING NEW TRIAL FILING EXTENSION**

---

Defendants have made timely motions under Rule 33(b)(2) of the Federal Rules of Criminal Procedure for new trial filing extensions. In the interests of justice and there being no prejudice to the government,

**IT IS HEREBY ORDERED:**

Defendants' Motions for Extensions to file Motions for New Trials [Doc. Nos. 161 & 163] are **GRANTED.** Kevin J. Fenner and Eric Dion Davis have until February 1, 2007 to file their new trial motions.

Dated: January 18, 2007

BY THE COURT:

s / Michael J. Davis
Michael J. Davis
United States District Court

1