UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                                ORDER
                                                Criminal No. 06-211(01)

Kevin Joseph Fenner,

    Defendant.

_____

    Jeffrey S. Paulsen, Assistant United States Attorney, Counsel for Plaintiff United States of America.

    Defendant is *pro se.*

_____

This matter is before the Court on Defendant's *pro se* motion to Strike Information Alleging Prior Felony Drug Convictions.

The Defendant was convicted of multiple drug charges following a jury trial, and was sentenced to life in prison on December 10, 2008. His conviction and sentence were affirmed on appeal. United States v. Fenner, 600 F.3d 1014 (8th Cir. 2010). The Defendant filed a timely petition to vacate his sentence pursuant to 28 U.S.C. § 2255, which motion was denied. Thereafter, the Eighth Circuit Court of Appeals denied the Defendant's application for a certificate of

appealability.

By his current motion, the Defendant asks that the Court resentence him "in keeping with the factors enumerated in 18 U.S.C. § 3553(a). Subject only to the potential mandatory minimum concurrent sentences of 10 years that would be applicable to Defendant." Because he is challenging his sentence, the Court will construe the instant motion as a successive motion for relief under § 2255. Prior to filing such a motion, however, the Defendant is required to obtain a certificate from the Eighth Circuit Court of Appeals. 28 U.S.C. § 2255(h). As Defendant has not obtained such certificate, this matter is not properly before the Court.

IT IS HEREBY ORDERED that Defendant's Motion to Strike Information Alleging Prior Felony Drug Convictions [Doc. No. 328] is DENIED.

Date: July 31, 2015

                                          s/ Michael J. Davis
                                          Michael J. Davis
                                          United States District Court