UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-211 MJD

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | MOTION OF THE UNITED STATES FOR A 30-DAY EXTENSION OF TIME TO RESPOND TO DEFENDANT FENNER'S MOTION TO REDUCE SENTENCE |
| v. | |
| KEVIN JOSEPH FENNER, | |
| Defendant. | |

The United States moves for a 30-day extension of time within which to respond to defendant Kevin Fenner's Motion for a Sentence Reduction under the First Step Act. The government's response currently is due May 8, 2020. The undersigned prosecutor has spoken to defense counsel MiAngel Cody, who has consented to a 30-day continuance. The parties are attempting to reach a negotiated settlement of this matter. Given the COVID-19 situation, it may take longer than normal for defense counsel to confer with her client regarding the government's proposal. It is in the interest of justice to continue the briefing schedule for 30 days to see if a negotiated settlement can be reached.

A proposed order accompanies this motion.

Dated: May 8, 2020						Respectfully Submitted,

							ERICA H. MacDONALD
							United States Attorney

							s/Jeffrey S. Paulsen
							BY: JEFFREY S. PAULSEN
							Assistant U.S. Attorney
							Attorney ID No. 144332